SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>CORTI BROTHERS, INC., et al,<br><br>   Defendants | Case No.: CIV.S 09-cv-00548-FCD-DAD<br><br>**ORDER FOR DISMISSAL OF NANCY C. CLEAVINGER ONLY**<br><br>Complaint Filed: FEBRUARY 27, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Nancy C. Cleavinger) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Nancy C. Cleavinger) is dismissed because this Defendant is not a proper party

Dated: March 10, 2009             /s/Scott N. Johnson
                                              SCOTT N. JOHNSON
                                              Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated: March 10, 2009

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE